UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SAM

V.                                          CASE NO.: 1:05CV01777

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)

AFFIDAVIT OF SERVICE

I, Charles Sam, hereby declare that on the 5TH of OCTOBER, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA. Attached hereto is the green card acknowledging service.

[Attached Domestic Return Receipt, PS Form 3811, February 2004:
- Article Addressed to: U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA, 555 4TH STREET, N.W. WASHINGTON, DC 20001
- Received by (Printed Name): S. ROBINSON
- Date of Delivery: 10/12/05
- Service Type: Certified Mail
- Article Number: 7005 1820 0006 6189 1358]

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906
(301) 871-0669