UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHARLES SAM

    V.                                          CASE NO.:   1:05CV01777

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)


### AFFIDAVIT OF SERVICE


I, Charles Sam, hereby declare that on the 5TH of OCTOBER, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. ATTORNEY GENERAL. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY GENERAL
950 PENNSYLVANIA AVE, N.W.
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 6189 1365

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906
(301) 871-0669