UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHARLES SAM

V.                                          CASE NO.:  1:05CV01777

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)


AFFIDAVIT OF SERVICE


I, Charles Sam, hereby declare that on the 5-TH of OCTOBER, 2005, I

mailed a copy of the summons and complaint, certified mail return receipt requested, to

MICHAEL CHERTOFF. Attached hereto is the green card acknowledging

service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>DHS                            10-13-05 |
| 1. Article Addressed to:<br><br>MICHAEL CHERTOFF<br>SECRETARY, HOMELAND SEC.,<br>OFFICE OF THE CHIEF COUNSEL<br>20 MASS. AVENUE N.W.<br>ROOM 4025<br>WASHINGTON, DC 20529 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 1820 0006 6189 1334 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906
(301) 871-0669