UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


CHARLES SAM

V.                                                          CASE NO.: 1:05CV01777

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)


AFFIDAVIT OF SERVICE


I, Charles Sam, hereby declare that on the 5TH of OCTOBER, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to SYLVIA WELCH. Attached hereto is the green card acknowledging service.

[Attached USPS Domestic Return Receipt:]

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
SYLVIA WELCH,
S.C.I.S, WASH. DISTRICT
OFFICE OF THE CHIEF COUNSEL,
MASS. AVE, NW,
RM 4025
WASHINGTON, DC 20529

COMPLETE THIS SECTION ON DELIVERY
A. Signature X
  ☐ Agent
  ☐ Addressee
B. Received by (Printed Name): DHS
C. Date of Delivery: 10/13/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
  ☒ Certified Mail  ☐ Express Mail
  ☐ Registered      ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

Number from service label: 7005 1820 0006 6189 1341

811, February 2004   Domestic Return Receipt   102595-02-M-1540

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906
(301) 871-0669