UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SAM

V.                                              CASE NO.: 1:05CV01777 RBW

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)

AFFIDAVIT OF SERVICE

I, Charles Sam, hereby declare that on the 5TH of OCTOBER, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested, to PHYLLIS HOWARD. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PHYLLIS HOWARD
U.S.C.I.S., WASH. DISTRICT,
OFFICE OF THE CHIEF COUNSEL
20 MASS. AVE, NW
Room 4025
WASHINGTON, DC 20529

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DHS
C. Date of Delivery: 10-13-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0006 6189 1327

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906
(301) 871-0669