UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mayer-Whittington
...rt

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The substantial criminal caseload in this Court and the requirements of the criminal Speedy Trial Act frequently result in the delay in the trial of civil cases. Aware of the hardship and expense to the parties, counsel, and witnesses caused by the delays which are beyond the control of the Court, this notice is to advise you of your right to trial of your case by a United States Magistrate Judge. By statute, 28 USC § 636(c), Fed.R.Civ.P. 73 and Local Civil Rule 73.1, the parties, by consent, can try their case by means of a jury trial or bench trial before a United States Magistrate Judge. Appeals from judgments and final orders are taken directly to the United States Court of Appeals for the District of Columbia Circuit, in the same manner as an appeal from a judgment of a District Judge in a civil case.

### WHAT IS THE PROCEDURE?

One of the matters you are required to discuss at the meet-and-confer conference mandated by Local Civil Rule 16.3 is whether the case should be assigned to a United States Magistrate Judge for all purposes, including trial.

All parties must consent before the case is assigned to a Magistrate Judge for trial. You may consent at any time prior to trial. If you expressly decline to consent or simply fail to consent early in the case, you are not foreclosed from consenting later in the case. However, a prompt election to proceed before a Magistrate Judge is encouraged because it will facilitate a more orderly scheduling of the case.

Counsel for the plaintiff has been furnished a copy of the "Consent to Proceed Before a United States Magistrate Judge for all Purposes" form. If and when the form is executed, your response should be made to the Clerk of the United States District Court only.

### WHAT IS THE ADVANTAGE?

The case will be resolved sooner and less expensively. The earlier the parties consent to assigning the case to a Magistrate Judge the earlier a firm and certain trial date can be established, even if the case is to be tried to a jury.

Upon the filing of the consent form and with the approval of the District Judge, the case will be assigned to all purposes to a Magistrate Judge.

CO-942A
Rev. 7/99



Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Washington, DC 20528

# Homeland Security

*Complaint of Charles Sam v. Michael Chertoff,*
*Secretary, Department of Homeland Security*
Agency Number HS 05-0040
EEOC Case Number 100-2005-00013X
Component Number CIS-04-E065

MAY 3 1 2005

**CERTIFIED AND REGULAR MAIL**
**RETURN RECEIPT REQUESTED**

Charles Sam
3616 Pear Tree Court #32
Silver Spring, MD 20906

Dear Mr. Sam:

This is the Department of Homeland Security's (DHS) Final Order on your Equal Employment Opportunity (EEO) complaint filed on May 3, 2004. In your complaint, you alleged that you were discriminated against on the bases of national origin (Ghanaian), sex (male) and reprisal (prior EEO activity) when the Agency refused your request to take the month of June 2004 off from work without pay, to study for a bar examination, when you had no interviews scheduled for that period.

On April 12, 2005, an Administrative Judge (AJ) from the Washington Field Office of the Equal Employment Opportunity Commission (EEOC) issued a decision without a hearing on your complaint, pursuant to 29 C.F.R. §1614.109(g). He concluded that you failed to prove that you were discriminated against as alleged.

On April 18, 2005, this Office received the AJ's decision, which will be fully implemented as the final action in this matter. Since you are not a prevailing party, you are not entitled to payment of attorney's fees, costs, or compensatory damages. No corrective action is required. 29 C.F.R. § 1614.501.

If you are dissatisfied with this decision, you have the right to file an appeal with the EEOC according to the instructions at enclosure (1). Your appeal form is at enclosure (2).

Sincerely,

Daniel W. Sutherland
Officer for Civil Rights and Civil Liberties
U.S. Department of Homeland Security

In your appeal to EEOC, you must state the date and method (for example, by certified mail or hand delivery) by which a copy of the appeal was sent to the DHS, U.S. Citizenship and Immigration Services, Office of EEO, Complaints Program Management Office. You should use the attached EEOC Form 573, Notice of Appeal/Petition, to file your appeal. EEOC will dismiss your appeal if you do not file it within the time limits.

The original of any statement or brief in support of your appeal must be filed with EEOC, with a copy to the DHS, U.S. Citizenship and Immigration Services, Office of EEO, Complaints Program Management Office, within 30 days of the date you file your appeal.

## FILING A CIVIL ACTION

You also have the right to file a civil action in an appropriate United States District Court within **90 days** after you receive this final decision if you do not appeal to EEOC, or **within 90 days** after receipt of the EEOC's final decision on appeal.

You may also file a civil action after **180 days** from the date of filing an appeal with EEOC if there has been no final decision by EEOC.

If your claim is based on age discrimination, you should seek the advice of an attorney if you wish to file a civil action after expiration of the time limits noted above. The courts disagree about when a civil action must be filed and may permit an age discrimination complaint to be filed two years or more from the date of the alleged discrimination.

You must also comply with the following instructions:

(1) You must name **MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY** as the defendant. Failure to provide his name and official title may result in dismissal of your case.

(2) If you decide to file a civil action and if you do not have, or cannot afford, the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. The grant or denial of the request is within the sole discretion of the Court. Filing a request for an attorney does not extend the time in which to file a civil action. Both the request and the civil action must be filed within 90 days of the date you receive the agency or EEOC decision.

2

# NOTICE OF APPEAL RIGHTS

You have the right to appeal to the Equal Employment Opportunity Commission (EEOC) or to file a civil action in an appropriate United States District Court.

All time periods are given in calendar days. If a time period expires on a Saturday, Sunday or Federal holiday, you may file on the next business day. If an attorney represents you, the time periods begin to run from the date that your attorney receives this decision.

## FILING AN APPEAL WITH EEOC

You have the right to appeal this decision to the EEOC within **30 days** of the day you receive this final agency decision. File your appeal by mail addressed to:

> DIRECTOR, OFFICE OF FEDERAL OPERATIONS
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> P.O. BOX 19848
> WASHINGTON, DC 20036

by personal delivery to:

> DIRECTOR, OFFICE OF FEDERAL OPERATIONS
> EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
> 1801 L STREET, NW
> WASHINGTON, DC 20507

or facsimile to (202) 663-7022. At the same time you file an appeal with EEOC, you must also send a copy of your appeal to:

> DEPARTMENT OF HOMELAND SECURITY
> U.S. CITIZENSHIP AND IMMIGRATION SERVICES
> OFFICE OF EEO, COMPLAINTS PROGRAM MANAGEMENT OFFICE
> TWIN CITIES FEDERAL BUILDING, ONE FEDERAL DRIVE, ROOM G-56C
> FT. SNELLING, MN 55111-4007

AND

> DEPARTMENT OF HOMELAND SECURITY
> OFFICE FOR CIVIL RIGHTS AND CIVIL LIBERTIES
> WASHINGTON, DC 20528

## CERTIFICATE OF SERVICE

I hereby certify that the Final Order in the discrimination case of *CHARLES SAM V. MICHAEL CHERTOFF, SECRETARY, DEPARTMENT OF HOMELAND SECURITY*, HS 05-0040; was sent via certified mail, return receipt requested to:

**COMPLAINANT:**

CHARLES SAM
3616 PEAR TREE COURT, #32
SILVER SPRING, MD 20906

**CERTIFIED MAIL #:**

7003 2260 0004 3754 2029

DATE: MAY 31, 2005

TENEDIA DAVIS, EEO ASSISTANT
OFFICE FOR CIVIL RIGHTS & CIVIL LIBERTIES
DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, DC 20528-5072

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

# INITIAL ELECTRONIC CASE FILING ORDER

Subsequent filings in this case must be made electronically using the Court's Electronic Case Filing System (ECF) pursuant to Local Rule 5.4.

ORDERED that counsel shall:

- Submit in paper, the original and copy of the complaint/notice of removal/petitions for habeas corpus and any accompanying papers. Additionally, litigants are hereby required to provide those filings in PDF Format on a floppy disk or CD-Rom compact disk. The disk should be clearly labeled with the case number (if known) and the name of the parties. If unable to deliver the filing on a disk at the time of the new case filing, counsel should e-mail the initiating document and accompanying papers to dcd_cmecf@dcd.uscourts.gov by the close of business the day the new case was filed. Failure to supply electronic copies of the new case in a timely manner, will result in the attorney's name being added to the attorney non-compliant list and shared with the Court's ECF Judge's Committee. Regardless of what option, counsel chooses the complaint/notice of removal and accompanying papers must come to the Court as PDF documents. Each exhibit to the new case shall be in a separate PDF file. Failure to submit PDF versions of the complaint/notice of removal and other documents will delay the opening of the case in ECF.

- Register, if not previously registered, to become an electronic filer by completing and returning the enclosed ECF Registration Form found on the Court's Website at (www.dcd.uscourts.gov). The login and password are case specific and can be used for all cases.

- All subsequent filings <u>must</u> be made electronically.

- Have a PACER (Public Access to Court Electronic Records) account, in order to view dockets and documents. Call 1-800-676-6856 or visit www.pacer.psc.uscourts.gov for additional information.

- Schedule a training class at the Courthouse by going to the Court's ECF Internet Website (www.dcd.uscourts.gov/ecf.html). Also, filing instructions and an interactive tutorial can be found at this Internet Website.

WALTON, J. RBW

---
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### ELECTRONIC CASE FILES
### Attorney/Participant Registration Form

## LIVE SYSTEM

This form shall be used to register for an account on the Court's Electronic Case Files (ECF) system and to subscribe to the ECF EMail (Listserver) notification service. Registered attorneys and other participants will have privileges both to electronically submit documents, and to view and retrieve electronic docket sheets and documents for all cases assigned to the Electronic Case Files system. Listserver subscribers receive email messages whenever the Court wishes to electronically notify ECF registrants of pertinent ECF information.

The following information is required for registration:

First Name/Middle Initial/Last Name  _____

Last four digits of Social Security Number  _____

DC Bar ID#.  _____

Firm Name  _____

Firm Address  _____

Voice Phone Number  _____

FAX Phone Number  _____

Internet E-Mail Address  _____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. This system is for use only in cases permitted by the *U.S. District Court for the District of Columbia.* It may be used to file and view electronic documents, docket sheets, and notices. Please visit the Court's ECF Internet, www.dcd.uscourts.gov, website to schedule training.

2. Pursuant to Federal Rule of Civil Procedure 11, every pleading, motion, and other paper (except list, schedules, statements or amendments thereto) shall be signed by at least one attorney of record or, if the party is not represented by an attorney, all papers shall be signed by the party. An attorney's/participant's password issued by the court

combined with the user's identification, serves as and constitutes the attorney's/participant's signature. Therefore, an attorney/participant must protect and secure the password issued by the court. If there is any reason to suspect the password has been compromised in any way, it is the duty and responsibility of the attorney/participant to immediately notify the court. This should include the resignation or reassignment of the person with authority to use the password. The Court will immediately delete that password from the electronic filing system and issue a new password.

3. An attorney's/participant's registration will not waive conventional service of a summons and complaint, subpoena, or other judicial process; submit the client to the jurisdiction of the Court; or operate as a consent to accept service of pleadings, documents, and orders in actions in which such attorney/participant has not entered an appearance. An attorney's/participant's registration will constitute a waiver in law only of conventional service of other non-process pleadings, documents, and orders in the case. The attorney/participant agrees to accept, on behalf of the client, service of notice of the electronic filing by hand, facsimile or authorized e-mail.

4. Upon receipt of your login and password, you are strongly encouraged to change your password, which may be done through the Utilities function, to a name easily recalled. **You may be subjected to a fee, should the Clerk's Office have to create a new password for you, or alternatively, you may be required to appear in person to receive your new password.**

5. Attorneys who are active members of the bar of this Court, or government attorneys who are employed or retained by the United States, or who have been permitted to proceed *pro hac vice*, must file pleadings electronically.

Please return this form to:        U.S. District Court for the District of Columbia
                                   Attn:   Attorney Admissions
                                   333 Constitution Avenue NW, Room 1825
                                   Washington, DC  20001

Or FAX to:                         Peggy Trainum
                                   U.S. District Court for the District of Columbia
                                   (202) 354-3023

Applicant's Signature

Full Last Name            Initial of          Last 4 Digits SS#
                          First Name

Story in the Tampa Paper

Will we still be the Country of choice and still be America if we continue
to make the changes forced on us by the people from other countries that
came to live in America because it is the Country of Choice???????? Think
about it........
All I have to say is, when will they do something about MY RIGHTS? I
celebrate Christmas, but because it isn't celebrated by everyone, we can no
longer say Merry Christmas. Now it has to be Season's Greetings. It's not
Christmas vacation, it's Winter Break. Isn't it amazing how this winter
break ALWAYS occurs over the Christmas holiday?? We've gone so far the other
way, bent over backwards to not offend anyone, that I am now being offended.
But it seems that no one has a problem with that.

IMMIGRANTS, NOT AMERICANS, MUST ADAPT. I am tired of this nation worrying
about whether we are offending some individual or their culture. Since the
terrorist attacks on Sept. 11, we have experienced a surge in patriotism by
the majority of Americans. However, the dust from the attacks had barely
settled when the "politically correct" crowd began complaining about the
possibility that our patriotism was offending others.

I am not against immigration, nor do I hold a grudge against anyone who is
seeking a better life by coming to America. Our population is almost
entirely made up of descendants of immigrants. However, there are a few
things that those who have recently come to our country, and apparently some
born here, need to understand. This idea of America being a multicultural
community has served only to dilute our sovereignty and our national
identity. As Americans, we have our own culture, our own society, our own
language and our own lifestyle. This culture has been developed over
centuries of struggles, trials, and victories by millions of men and women
who have sought freedom.

We speak ENGLISH , not Spanish, Portuguese, Arabic, Chinese, Japanese,
Russian, or any other language. Therefore, if you wish to become part of our
society, learn the language!

"In God We Trust" is our national motto. This is not some Christian, right
wing, political slogan. We adopted this motto because Christian men and

Exhibit 1
Page 4 of 6

women, on Christian principles, founded this nation, and this is clearly
documented. It is certainly appropriate to display it on the walls of our
schools. If God offends you, then I suggest you consider another part of the
world as your new home, because God is part of our culture.

If Stars and Stripes offend you, or you don't like Uncle Sam, then you
should seriously consider a move to another part of this planet. We are
happy with our culture and have no desire to change, and we really don't
care how you did things where you came from. This is OUR COUNTRY, our land,
and our lifestyle. Our First Amendment gives every citizen the right to
express his opinion and we will allow you every opportunity to do so. But
once you are done complaining, whining, and griping about our flag, our
pledge, our national motto, or our way of life, I highly encourage you take
advantage of one other great American freedom, THE RIGHT TO LEAVE.

If you agree -- pass this along; if you don't agree -- delete it!

AMEN

I figure if we all keep passing this to our friends (and enemies) it will
also, sooner or later get back to the complainers, lets all try, please.

Exhibit 1
Page 5 of 6