UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM,<br><br>      Plaintiff<br><br>      v.<br><br>MICHAEL CHERTOFF,<br>  Secretary, U.S. Department of Homeland<br>  Security,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-1777(RBW) |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Michael Chertoff, Secretary, Department of Homeland Security, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including January 6, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.  The current deadline is today, December 12, 2005.  This is Defendant's first motion for an extension for this purpose.

Pursuant to Local Rule 7(m), Defendant's counsel contacted the pro se Plaintiff on Friday, December 9, to obtain his position on this non-dispositive motion.  Plaintiff informed Defendant's counsel that he was in discussions with an attorney for purposes of representing Plaintiff in this case, and would follow-up today, December 12.  Defendant's counsel has not heard from the pro se Plaintiff or an attorney on Plaintiff's behalf.

Accordingly, Defendant is unable to present Plaintiff's position on this motion. Defendant's reason for seeking the relief requested herein is set forth below.

As of today, the undersigned counsel does not have sufficient information on this case to file a response to Plaintiff's Amended Complaint. The extension will provide the Agency a period to provide background materials for purposes of responding to Plaintiff's Complaint. For this reason, Defendant respectfully moves for an enlargement of time up to and including January 6, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ R. Craig Lawrence /dvh
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>12th</u> day of December, 2005 to:

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney