UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>  )<br>  Plaintiff )<br>  )<br>  v. )<br>  )<br>MICHAEL CHERTOFF, )<br>  Secretary, U.S. Department of Homeland )<br>  Security, )<br>  )<br>  Defendant. )<br>_____ ) | Civil Action No. 05-1777(RBW) |

**ORDER**

UPON CONSIDERATION of Defendant's *First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including January 6, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

_____        _____
DATE                                           UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530