UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>   Plaintiff )<br>)<br> v. )<br>)<br>MICHAEL CHERTOFF, )<br> Secretary, U.S. Department of Homeland )<br> Security, )<br>)<br>   Defendant. )<br>                   ) | Civil Action No. 05-1777(RBW) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, Michael Chertoff, Secretary, Department of Homeland Security, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including January 20, 2006 to respond to Plaintiff's Complaint. The current deadline is today, January 6, 2006. This is Defendant's second motion for an extension for this purpose.

Pursuant to Local Rule 7(m), Defendant's counsel telephoned the pro se Plaintiff regarding the relief requested in this motion but was unable to reach him. Accordingly, Defendant is unable to present Plaintiff's position on this motion. Defendant's reason for seeking the relief requested herein is set forth below.

The undersigned counsel, working with the agency attorney, had finalized an answer for filing by today. However, after further discussions late this afternoon, counsel determined that a motion to change venue pursuant to Fed.R.Civ.P. 12(b)(3) and to

dismiss certain claims pursuant to Fed.R.Civ.P. 12(b)(6) should be filed in response to Plaintiff's complaint instead of an answer at this time.  See Fed.R.Civ.P. 12(b)("A motion making [any defense in this subsection including improper venue and failure to state a claim upon which relief can be granted] *shall be made before pleading* if a further pleading is permitted.")(emphasis added).  Defendant's reason for seeking dismissal of certain claims is based on Plaintiff's failure to exhaust administrative remedies of the claims as required by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.  See 42 U.S.C. § 2000e-16(c).

Accordingly, to provide Defendant a period to obtain a declaration supporting his motion to change venue (if determined necessary) and to draft the motion pursuant to Fed.R.Civ.P. 12(b) as discussed herein, Defendant respectfully requests an extension of time up to and including January 20, 2006 to file his response to Plaintiff's Complaint.

A proposed Order consistent with the relief requested herein is attached hereto.

Date: January 6, 2006         Respectfully Submitted,


                              /s/ Kenneth L. Wainstein /mj
                              _____
                              KENNETH L. WAINSTEIN, D.C. BAR # 451058
                              United States Attorney



                              /s/ R. Craig Lawrence /mj
                              _____
                              R. CRAIG LAWRENCE, D.C. BAR # 171538
                              Assistant United States Attorney


2

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Ph:  (202) 307-0492

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>6th</u> day of January, 2006 to:

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney