UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM,<br><br>      Plaintiff<br><br>   v.<br><br>MICHAEL CHERTOFF,<br>  Secretary, U.S. Department of Homeland<br>  Security,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1777(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Defendant's *Second Motion for Enlargement of Time to Respond to Plaintiff's Complaint,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including January 20, 2006 to respond to Plaintiff's Complaint.

SO ORDERED.

_____         _____
DATE                                                 UNITED STATES DISTRICT COURT JUDGE

Copies of this order to:
Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530