UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES SAM, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
|     v. | ) | Civil Action No. 05-1777(RBW) |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
|   Secretary, U.S. Department of Homeland Security, | ) ) | |
| | ) | |
|     Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Rule 7(h), Defendant hereby submits the following statement of material facts as to which there is no genuine dispute.

1.    Plaintiff has worked as a District Adjudications Officer (also referred to as "DAO") with the Department of Homeland Security, U.S. Citizenship and Immigration Services, in Arlington, Virginia since about July 28, 2002. Compl. p. 1 and ¶ 3; see also Ex. 1, Affidavit of Allison Randa, ¶ 3 (January 20, 2006).

2.    Plaintiff filed an administrative complaint of discrimination on or around May 3, 2004 alleging two claims based on purported derogatory comments and one claim based on denial of leave without pay to prepare for the bar examination. Ex. 2, Letter from D. Diane Weaver, Director, Office of Equal Employment Opportunity to Charles Sam, June 15, 2004; see also Compl. ¶ 29. Only the latter claim was accepted for

investigation by the agency.  Ex. 2, Letter from D. Diane Weaver to Charles Sam, June 15, 2004.

    3.    Plaintiff, in a filing before the Equal Employment Commission, admits the acts and omissions complained of as related to this suit occurred in defendant's offices in Arlington County in the state of Virginia. Ex. 5, Sam v. Ridge, EEOC Case No. 100-2005-00013X, Agency No. CIS-04-E064 (E.E.O.C. Feb. 20, 2005)(Complainant's Response to Agency's Motion for Decision Without a Hearing and Summary Judgment); see also Ex. 1, Randa Aff. ¶ 3.

    4.    Relevant agency, personnel records are maintained in South Burlington, Vermont.  Id.  ¶ 2.

    Respectfully submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/ R. Craig Lawrence
_____
R. CRAIG LAWRENCE, DC BAR # 171538
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Room E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

Of counsel:
Mark A. Allen, Esq.
Department of Homeland Security
U.S Citizenship & Immigration Svcs.
20 Massachusetts Ave., NW
Washington, D.C.  20529

2