
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SAM                              )
                                         )
    Plaintiff,                           )
                                         )
        v.                               )    Civil Action No. 1:05CV 01777
                                         )
MICHAEL CHERTOFF, et al.                 )
Secretary, Department of Homeland Security )
                                         )
    Defendants.                          )
_____)

### DECLARATION OF ALYSON RANDA

1. I am a Supervisory Human Resources Specialist for Customs and Border Protection, Department of Homeland Security (DHS). My office is in South Burlington, Vermont. In this capacity, pursuant to agreement among DHS bureaus, I serve as the records custodian for personnel records of various employees of the US Citizenship and Immigration Services (USCIS), Immigration and Customs Enforcement (ICE) and Customs and Border Protection (CBP).

2. I maintain personnel records on Charles B. Sam, an employee of the US Citizenship and Immigration Services and the plaintiff in this lawsuit. The records maintained are his Official Personnel Folder, Medical Folder and Payroll Folder. These records are also located in South Burlington, Vermont.

3. My records show that, from July 2002 to the present, Mr. Sam has worked in Arlington, Virginia, either for the predecessor Immigration and Naturalization Service or its successor under DHS, the US Citizenship and Immigration Services.


I declare under penalty of perjury that the foregoing is true and correct.


                                            _____
                                            Alyson Randa

Dated: January 20, 2006


DEFENDANT'S EXHIBIT