UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>MICHAEL CHERTOFF, )<br>  Secretary, U.S. Department of Homeland )<br>  Security, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1777(RBW) |

ORDER

UPON CONSIDERATION of *Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint*, the grounds stated therefore, any opposition thereto, and the entire record herein, it is on this ___ day of _____, 2006, hereby

ORDERED that Defendant's motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

SO ORDERED.

Copies of this order to:
Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530