UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SAM,                             )
                                         )
         Plaintiff                       )
                                         )
    v.                                   )   Civil Action No. 05-1777(RBW)
                                         )
                                         )
MICHAEL CHERTOFF,                        )
   Secretary, U.S. Department of Homeland )
   Security,                             )
                                         )
         Defendant.                      )
                                         )

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FOR SUMMARY JUDGMENT, OR TO TRANSFER PLAINTIFF'S AMENDED COMPLAINT, AND FOR ASSISTANCE OF COURT-APPOINTED COUNSEL**

Plaintiff Charles Sam, acting thus far pro se and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully and humbly moves for an enlargement of time up to and including March 20, 2006 to respond to Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint, and further prays the Court for the appointment of Counsel in this matter. Plaintiff's current deadline is February 27, 2006. Plaintiff makes these requests, first, because of Defendant's surprising subsequent notice of intent to seek a transfer of venue, after an initial telephone notice of an intent to seek an enlargement of time to which Plaintiff did not object and, secondly, because of a persistent hypertensive and diabetic condition and inability to obtain suitable and effective Counsel.

For the reasons enumerated above, and pursuant to Local Rule 7, Plaintiff telephoned Defendant's attorney and left a message on attorney's voice mail pertaining to the requested enlargement of time. Subsequently, Defendant's Attorney returned Plaintiff's telephone call and left a message in Plaintiff's voice mail expressing no opposition to Plaintiff's move for the requested enlargement of time.

Defendant's Attorney's claim that Washington, D.C. is the improper venue can be disproved. Plaintiff's immediate employer, the U.S. Citizenship and Immigration Services, is part of the Department of Homeland Security. Both organizations are headquartered in Washington, D.C. Defendant's records are *not* housed in Virginia. Plaintiff is domiciled in the state of Maryland, and only commutes to Virginia to work. Defendant cannot incur any harm or inconvenience if venue remains in Washington,

D.C. where its headquarters and nerve center are, and from where all its important decisions are made.

Additionally, Defendant's claim that Plaintiff failed to exhaust all administrative remedies of certain claims as required by Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C Section 2000e et seq. can be shown to be without foundation. Plaintiff has shown, and will show, that Defendant harassed and illegally discriminated against him and, after Plaintiff's filing of a formal complaint, retaliated against Plaintiff by, among other means, hiring other less qualified applicants and employees to permanent positions in lieu of, and to the detriment of, Plaintiff even though Plaintiff made almost a perfect score in a writing test mandated and asserted by Defendant to be the means to becoming a permanent employee.

Finally, Plaintiff's inability to secure effective legal Counsel threatens to unconstitutionally ensure a most unbalanced and unfair legal environment if Defendant's requests are honored. For this reason, Plaintiff initially humbly prayed the Court for the assistance of Court-appointed counsel. Plaintiff, therefore, hereby again takes this opportunity to respectfully petition the Court to appoint for Plaintiff effective Counsel to assist him in presenting his case against Defendant before the Court.

Accordingly, Plaintiff hereby dutifully yet humbly and respectfully prays the Court for an extension of time up to and including March 27, 2006, or as long a time period as the Court may deem fit, in order to obtain a Court-appointed attorney to assist Plaintiff in responding to Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint.

A proposed Order consistent with Plaintiff's requests is hereto attached.

Date: February 21, 2006                                Respectfully Submitted,

                                                       *[signature]*
                                                       CHARLES B. SAM
                                                       3616 Pear Tree Court, Unit #32
                                                       Silver Spring, MD 20906
                                                       Ph.: (301) 871-0669

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *Motion for Enlargement of Time to Respond to Defendant's motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint*, and *for Court-Appointed Counsel* was this day sent by certified mail to the following:

U.S. Attorney's Office for the District of Columbia,
  Civil Division
Attn.: Beverly M. Russell
555 Fourth Street, N.W., Room E-4915
Washington, DC 20530

Charles B. Sam, Acting pro se

Dated: February 21, 2006