UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>  Secretary, U.S. Department of Homeland )<br>  Security, )<br>)<br>      Defendant. )<br>) | Civil Action No. 05-1777(RBW) |

**ORDER**

UPON CONSIDERATION of Plaintiff's *Motion for Enlargement of Time to respond to Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint ...*, and for good cause shown, it is by this Court

ORDERED that Plaintiff's motion be hereby granted, and that Plaintiff have up to and including March 27, 2006 to respond to Defendant's motion.

SO ORDERED,


_____          _____
DATE                            UNITED STATES DISTRICT COURT JUDGE

Copies of this order sent to:
U.S. Attorney's Office for the District of Columbia,
 Civil Division
Attn.: Beverly M. Russell
555 Fourth Street, N.W., Room E-4915
Washington, DC 20530