UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>Department of Homeland Security, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1777 (RBW) |

**ORDER**

The pro se plaintiff in this matter has filed a motion seeking (1) an enlargement of time to respond to the defendant's motion to dismiss, for summary judgment, or to transfer the plaintiff's amended complaint, and (2) the assistance of court-appointed counsel. The plaintiff indicates that the defendant has consented to his request for an enlargement of time. Accordingly, it is hereby

**ORDERED** that the plaintiff's motion for an enlargement of time is GRANTED. The plaintiff shall respond to the defendant's motion to dismiss by March 20, 2006. It is further

**ORDERED** that the plaintiff's motion for court-appointed counsel is DENIED WITHOUT PREJUDICE.

**SO ORDERED** this 27th day of February 2006.

REGGIE B. WALTON
United States District Judge

Copies to:

Charles Sam  
Apartment 32  
3616 Pear Tree Court  
Silver Spring, MD 20906

Pro Se Plaintiff

Beverly Marie Russell  
U.S. Attorney's Office  
555 Fourth Street, NW  
Washington, DC 20530

Counsel for Federal Defendant