UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>  Secretary, U.S. Department of Homeland )<br>Security, )<br>)<br>    Defendant. )<br>_____ ) | Civil Action No. 05-1777(RBW) |

ORDER

UPON CONSIDERATION of *Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint*, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this \_\_\_\_\_ day of _____, 2006, hereby

ORDERED that Plaintiff's motion be, and hereby is, GRANTED. It is FURTHERMORE ORDERED that Defendant's motion to dismiss, for summary judgment, or to transfer Plaintiff's amended complaint be, and hereby is, quashed and DISMISSED WITH PREJUDICE.

SO ORDERED

Copies of this Order to:
Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
  Civil Division
555 Fourth Street, NW. Room E-4915
Washington, DC 20530

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906