```
                   UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

CHARLES SAM,                          )
                                      )
        Plaintiff                     )
                                      )
    v.                                ) Civil Action No. 05-1777(RBW)
                                      )
MICHAEL CHERTOFF,                     )
   Secretary, U.S. Department of      )
   Homeland Security,                 )
                                      )
        Defendant.                    )
_____)
```

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO PLAINTIFF'S MOTION TO QUASH
DEFENDANT'S MOTION TO DISMISS, FOR SUMMARY JUDGMENT
OR TO TRANSFER**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, defendant, Michael Chertoff, Secretary, U.S. Department of Homeland Security, by and through his undersigned attorneys, respectfully moves for an enlargement of time up to and including Monday, April 24, 2006, to file his response to Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment or to Transfer. The current deadline is today, Monday, April 10. No previous enlargements have been sought by or granted to defendant for this purpose. Pursuant to Local Rule 7(m), defendant's counsel telephoned the pro se plaintiff but did not reach him. Accordingly, defendant is unable to present plaintiff's position on this non-dispositive motion. In support of the motion, defendant states the following.

Defendant's counsel anticipated having time to draft defendant's response by the current deadline but due to

significant work-related demands was unable to do so.  Of particular note, on Wednesday, April 5,  the undersigned counsel filed a dispositive motion in the "reverse Freedom of Information Act" case, General Electric v. Department of the Air Force, Civil Action No. 01-1549(RBW) and devoted considerable time during the latter part of last week addressing complex discovery and other issues in a prisoner case which is on remand from the U.S. Court of Appeals for the District of Columbia Circuit (Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB)) and which involves an Ex Post Facto claim.  A joint discovery plan was filed in the Fletcher case on Friday, April 7, 2006. The undersigned counsel also had a mediation session in a Title VII case, Kaplan v. Gutierrez, Civil Action No. 05-1419(GK)(JMF), during the afternoon of Friday, April 7.

In addition to the work-related assignments noted above, defendant's counsel also had to draft a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e) in the Title VII case, Bolden v. England, Civil Action No. 04-1905(EGS), and a motion for summary affirmance in another Title VII case, Jackson v. Ashcroft, Civil Action No. 03-1596(RBW), for filing today, April 10, 2006. Consistent with Fed. R. Civ. P. 6(b), the timeframe for filing the former could not have been enlarged.

Accordingly, for the reason stated herein, defendant's counsel was unable to draft the response in this case by the current deadline, and thus, defendant respectfully moves for an

2

enlargement of time up to and including April 24, 2006 to file his response to plaintiff's Motion to Quash.

A proposed Order consistent with this Motion is attached hereto.

Date: April 10, 2006        Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney



/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
  of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of *Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment or to Transfer* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>10th</u> day of April, 2006 to:

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney