```
                     UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA

CHARLES SAM,                          )
                                      )
        Plaintiff                     )
                                      )
    v.                                )Civil Action No. 05-1777(RBW)
                                      )
MICHAEL CHERTOFF,                     )
   Secretary, U.S. Department of      )
   Homeland Security,                 )
                                      )
        Defendant.                    )
_____)
```

**ORDER**

UPON CONSIDERATION of Defendant's *Motion for Enlargement of Time to Respond to Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including April 24, 2006 to file his response to Plaintiff's Motion to Quash.

SO ORDERED.

_____      _____
DATE                        UNITED STATES DISTRICT COURT JUDGE

<u>Copies of this order to:</u>
Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530