UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLES SAM, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1777(RBW) |
| | ) | |
| MICHAEL CHERTOFF, | ) | |
| Secretary, U.S. Department of Homeland | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ORDER

UPON CONSIDERATION of *Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint*, Defendant's opposition thereto, and the entire record herein, it is on this ___ day of

_____, 2006, hereby

ORDERED that Plaintiff's motion should be and hereby is DENIED;

SO ORDERED.

Copies of this order to:
Charles Sam
3616 Pear Tree Court, #32
Silver Spring, Maryland 20906

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 Fourth Street, N.W., Room E-4915
Washington, D.C.  20530