UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL CHERTOFF, )<br>  Secretary, U.S. Department of Homeland )<br>  Security, )<br>)<br>Defendant ) | Civil Action No. 05-1777(RBW) |

RECEIVED
MAY 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH DEFENDANT'S MOTION TO DISMISS, FOR SUMMARY JUDGMENT, OR TO TRANSFER PLAINTIFF'S AMENDED COMPLAINT; AND FOR ASSISTANCE OF COURT-APPOINTED COUNSEL**

Plaintiff Charles Sam, acting thus far pro se and pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves for an enlargement of time up to and including May 19, 2006 to respond to Defendant's *Opposition to Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint* on account predominantly of frequent and persistent illness including diabetes and malignant hypertension, but also because of increased worked responsibilities upon return from sick leave.

Plaintiff called Defendant's attorney on May 04, 2006, and left a message on said Attorney's voice-mail notifying her of his intent to request enlargement of time, and requested a call-back on the matter. Since Plaintiff did not receive a call-back from Defendant's attorney on May 04, 2006, Plaintiff again called said attorney on May 05, 2006, this time communicating personally to Defendant's Attorney his intent to seek enlargement of time to respond to Defendant's Opposition to Plaintiff's motion.

Defendant's Attorney informed Plaintiff that she did not object to Plaintiff's request for enlargement of time.

Furthermore, Plaintiff respectfully petitions for a Court-appointed attorney to assist Plaintiff in prosecuting this case since Plaintiff has, in spite of serious inquiries and searches, been unable to locate a private attorney whose retainer fee is within Plaintiff's means.

Accordingly, Plaintiff hereby respectfully requests an extension of time up to and including May 19, 2006 to respond to Defendant's opposition.

A proposed Order consistent with Plaintiff's request is hereto attached.

Dated: May05, 2006

Respectfully Submitted,

CHARLES B. SAM
3616 Pear Tree Court, Unit 32
Silver Spring, MD 20906
Ph.: (301) 871-0669

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES SAM

V.                                                          CASE NO.:   1:05CV01777

MICHAEL CHERTOFF, SECRETARY,
DEPT. OF HOMELAND SECURITY
(et al.)

### AFFIDAVIT OF SERVICE

I, Charles Sam, hereby declare that on the __5TH__ of __MAY__, 20_06_, I mailed a copy of the PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO QUASH DEFENDANT'S MOTION TO DISMISS, FOR SUMMARY JUDGMENT, OR TO TRANSFER PLAINTIFF'S AMENDED COMPLAINT by first-class mail to the following:

U.S. Attorney's Office for the District of Columbia,
   Civil Division
Attn: Beverly M. Russell
555 Fourth Street, NW, Room E-4915
Washington, Dc 20530

Charles Sam, Acting pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES SAM, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-1777(RBW) |
| ) | |
| MICHAEL CHERTOFF, ) | |
| Secretary, U.S. Department of Homeland ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of Plaintiff's *Motion for Enlargement of Time to Respond to Defendant's Opposition to Plaintiff's Motion to Quash Defendant's Motion to Dismiss, for Summary Judgment, or to Transfer Plaintiff's Amended Complaint*, and for good cause shown, it is by this Court

ORDERED that Plaintiff's motion be hereby granted, and that Plaintiff have up to and including May 22, 2006 to respond to Defendant's motion.

SO ORDERED,


_____          _____
DATE                     UNITED STATES DISTRICT COURT JUDGE



<u>Copies of this Order to</u>:
Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
  Civil Division
555 Fourth Street, NW. Room E-4915
Washington, DC 20530

Charles Sam
3616 Pear Tree Court, #32
Silver Spring, MD 20906